# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States, For the Use of B&B ROADWAY AND SECURITY SOLUTIONS LLC , <br><br> Plaintiff, <br><br> v. <br><br> SERVITEK SOLUTIONS, INC., et al., <br><br> Defendants. | Case No. 20-cv-1253-MMA (AHG) <br><br> **ORDER GRANTING JOINT MOTION TO DISMISS** <br><br> [Doc. No. 38] |

Plaintiff B&B Roadway and Security Solutions LLC and Defendants Servitek Solutions, Inc. and Argonaut Insurance Company move to dismiss this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a). *See* Doc. No. 38. Good cause appearing, the Court **GRANTS** the parties' joint motion and **DISMISSES** this action in its entirety with prejudice. Each party shall bear its own attorneys' fees and costs. The Court **DIRECTS** the Clerk of Court to terminate all pending deadlines and close this case.

**IT IS SO ORDERED**.

Dated:  March 29, 2022

HON. MICHAEL M. ANELLO
United States District Judge